UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| PAULINE LINGAR and JOHNNY LINGAR, | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 6: 13-249-DCR |
| V. | ) ) ) | |
| HANGING ROCK, LTC, LLC, et al., | ) ) | **ORDER OF DISMISSAL** |
| Defendants. | ) ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The parties to this action have filed a proposed Agreed Order of Dismissal with Prejudice, indicating that all issues have been resolved. [Record No. 11] Accordingly, being sufficiently advised, it is hereby

**ORDERED** as follows:

1. All claims asserted by Plaintiffs Pauline and Johnny Lingar against Defendant Hanging Rock LTC, LLC, doing business as Mountain View Nursing and Rehabilitation Center, Life Care Centers of America, Inc., and Judy Branham, in her capacity as Administrator of Mountain View Nursing and Rehabilitation Center, are **DISMISSED**, with prejudice.

2. The parties shall bear their respective costs and expenses incurred in this litigation.

3. This action is **DISMISSED** and **STRICKEN** from the Court's docket.

This 13th day of January, 2014.

